# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1225**

**CAF 12-01671**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF DWAYNE MCNALLY,
PETITIONER-RESPONDENT,

V                                                              ORDER

ELIZABETH MCNALLY, RESPONDENT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (KRISTEN MCDERMOTT OF COUNSEL), FOR RESPONDENT-APPELLANT.

JAMES P. ROMAN, CHITTENANGO, FOR PETITIONER-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered August 9, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, modified a prior custody order by awarding petitioner sole legal and residential custody of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 27, 2013                      Frances E. Cafarell
                                                 Clerk of the Court